Case 7:18-cv-00283   Document 27   Filed on 05/07/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RSS CSAIL2015C3-TX NML, LLC, § § Plaintiff, § VS. § NORTHWEST OF MCALLEN LIMITED § PARTNERSHIP, *et al*, § § Defendants. § | CIVIL ACTION NO. 7:18-CV-283 |

## ORDER TERMINATING RECEIVERSHIP AND DISMISSING CLAIMS WITHOUT PREJUDICE

Pending before the Court is Plaintiff RSS CSAIL2015C3-TX NML, LLC's Motion to Dismiss without Prejudice and Motion to Terminate the Receivership [Doc. No. 25].  Having considered the Motions, the Court finds that the Motions should be GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the receivership over the Casa De Palmas Renaissance McAllen Hotel located at 101 N. Main Street, McAllen, Texas 78501, pursuant to the Court's September 13, 2018 Order, is hereby terminated effective May 31, 2019.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that RSS CSAIL2015C3-TX NML, LLC's claims against Defendants Northwest of McAllen Limited Partnership and Casa De Palma Beverage Company are dismissed without prejudice, and the Scheduling Conference scheduled for May 8, 2019, is hereby CANCELED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED Receiver Scott Crunk will be tasked with filing his final report and accounting of the Receivership within 20 days of

May 31, 2019, and a motion to discharge him from his duties as Receiver will be considered at that time.

    SO ORDERED this 7th day of May, 2019, at McAllen, Texas.

                                                  _____
                                                  Randy Crane
                                                  United States District Judge